**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    In re D. Houston, Inc. d/b/a Treasures and Jason Brannen

Appellate case number:   01-18-00894-CV

Trial court case number:  2017-71771

Trial court:              133rd District Court

Date motion filed:      April 1, 2019

Party filing motion:    Relators


        It is ordered that the motion for rehearing is **denied**.  *See* TEX. R. APP. P. 49.3.



Judge's signature: ___/s/ Sherry Radack_____
                    Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Countiss.


Date: ___April 30, 2019_